```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------

ATLAS PETROLEUM EXPLORATION
WORLDWIDE LIMITED,

            Plaintiff,

    - against -

SEAWOLF OILFIELD (CYPRUS) LIMITED,
ET AL.,

            Defendants.

------------------------------------------

1:09-cv-06168-UA

**ORDER**

    Plaintiff is directed to submit a copy of the contract referenced in paragraph seven of its Verified Complaint.

SO ORDERED.

Dated: New York, New York
       July 13, 2009

                                        Richard J. Holwell
                                      United States District Judge